UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET HARBER and JEROLD HARBER,
Plaintiffs,

-against-

VILLA ROMA RESORT AND CONFERENCE CENTER,
Defendant.

26-CV-4298 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 3, 2026, with no proof of service on the docket, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. ECF No. 11. Plaintiffs subsequently filed proof of timely service on Defendant's authorized agent. ECF No. 12. Accordingly, the Order to Show Cause is HERBEBY DISCHARGED.

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **October 23, 2026**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: September 29, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge