UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET HARBER, et al.,

Plaintiffs,

-against-

VILLA ROMA RESORT AND CONFERENCE CENTER, INC.,

Defendant.

26-CV-4298 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On September 29, 2026, this Court directed Plaintiffs to file a motion for default judgment in accordance with the Court's Local and Individual Rules no later than October 23, 2026. ECF No. 13. Plaintiffs have not filed the motion as directed. Plaintiffs are ORDERED to file a motion for default judgment by **November 9, 2026**. If Plaintiffs fail to do so, the Court will dismiss this action for failure to prosecute.

Dated: October 30, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge